No. 4,395.—STATE ex rel. WM. F. DUNN, Relator, *v.* CHAS. H. TREACY, City Clerk, Respondent,

and

No. 4,396.—STATE ex rel. JAMES J. McCARTHY, Relator, *v.* CHAS. H. TREACY, City Clerk, Respondent.

Original applications for writ of mandate to compel respondent, as clerk of the city of Butte, Montana, to place the names of relators in the above-entitled proceedings upon the official ballot and the voting machines to ·be used in the municipal election to be held in said city on the seventh day of April, 1919.

Decided April 5, 1919.

PER CURIAM.—This cause having this day, after taking of proof and hearing arguments of counsel for respective parties, been submitted for judgment and decision, the court, after due consideration, being of opinion that within the time intervening between the hour of submission (at about 4:30 in the afternoon of Saturday, April 5, 1919), and the day of election (the Monday following, April 7, 1919), it could not intelligently examine

and determine the important questions presented by counsel, and for the further reason that after said election such questions would be only moot questions, hereby orders and adjudges that the above causes be dismissed.

*Messrs. Wheeler & Baldwin* and *Messrs. Nolan & Donovan,* for Relators.

*Mr. Henry C. Smith, Mr. William T. Pigott, Mr. D. M. Kelly,* and *Mr. William Meyer,* for Respondent.